PD-1233-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/18/2015 11:20:24 AM
Accepted 9/22/2015 12:06:58 PM
ABEL ACOSTA
CLERK

No. _____

---

IN THE TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

---

JOSE SOSA,

                                        Petitioner

THE STATE OF TEXAS,

                                        Respondent

---

Petition for Discretionary Review sought from
THE COURT OF APPEALS
FOR THE THIRD SUPREME JUDICIAL DISTRICT
AUSTIN, TEXAS
No. 3-13-00764-CR

On Appeal from the District Court
403rd Judicial District
of Travis County, Texas
Cause No. D1DC-11-205390

---

**MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

---

TO THE HONORABLE TEXAS COURT OF CRIMINAL APPEALS:

COMES NOW JOSE SOSA, Appellant in the above-styled and numbered cause, and moves for an extension of time pursuant to Texas Rule of Appellate Procedure 68.2(c) to file his Petition for Discretionary Review and would show the Court as follows:

FILED IN
COURT OF CRIMINAL APPEALS

September 22, 2015

ABEL ACOSTA, CLERK

I.

The decision of the trial court at the pretrial hearing, and the judgment of guilty at jury trial, was affirmed by the Third Court of Appeals, sitting in Austin.  T.R.A.P. 10.5(b)(3)(A).  **The date of the court of appeals' judgment was August 18, 2015.**  T.R.A.P. 10.5(b)(3)(B).  The case number and style was *Sosa v. State*, No. 3-13-00764-CR.  T.R.A.P. 10.5(b)(3)(C).  A sentence of community supervision was rendered in this case

II.

**Petition for Discretionary Review is due September 18, 2015.**  T.R.A.P. 10.5(b)(1)(A), 68.2(a).

III.

This extension of time is necessary due to counsel being scheduled for trial in *State of Texas v. LaJustice Moore*, Cause No.14--05270-CRF-272, on Tuesday, September 22, 2015, in the 272nd District Court in Brazos County, Texas.  In addition, counsel has recently moved to the Dallas area and his previous areas of practice were Travis and Brazos County.  Counsel has been travelling and been out of the office to work on those cases the past month.   Due to this trial setting and time spent travelling, counsel needs more time to prepare the petition.

IV.

**This is the first request** for extension of time to file petition for discretionary review.  T.R.A.P. 10.5(b)(1)(D).

V.

Petitioner respectfully requests an extension of **thirty (30) days** to file his petition, and that the petition be due on October 19, 2015.  T.R.A.P. 10.5(b)(1)(B).  In the alternative, Petitioner respectfully requests an extension of such other length of time as this Court believes reasonable and necessary.

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully prays that an extension of time to file brief be granted for thirty  days, or such other period of time as this Court considers appropriate.

Respectfully submitted,

/s/ David W. Crawford
David W. Crawford
State Bar No. 24031601
Crawford and Cruz PLLC
P.O. Box 686
Austin, Texas  78759
Telephone (512) 795-2000
Telefacsimile (512) 237-7792
Email: dcrawford@crawfordcruz.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to TRAP 9.5 and 68.11 a true and correct copy of the above has been forwarded by U.S. mail to counsel for appellee District Attorney Rosemary Lehmberg, PO Box 1748, Austin TX 78767,

and to:

State's Prosecuting Attorney
PO Box 12405
Austin TX 78711

on this the 18th day of September, 2015.

/s/ David W. Crawford